ENTERED ON DOCKET
9/29/99 PURSUANT
TO FRCP RULES 58 & 79a

UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

ROGELIO RAMOS-MELENDEZ,

  Plaintiff,

  v.

COOPERATIVA DE AHORRO Y CREDITO
LA MOROVEÑA, et al.,

  Defendants.

Civil No. 98-1877 (JAF)

RECEIVED & FILED
'99 SEP 29 AM 11:37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

## J U D G M E N T

Plaintiff having failed to comply with the court's order of August 25, 1999, judgment is entered dismissing the present case with prejudice for failure to prosecute diligently. Fed. R. Civ. P. 41(b).

San Juan, Puerto Rico, this 28th day of September, 1999.

JOSE ANTONIO FUSTE
U. S. District Judge

AO 72
(Rev 8/82)